UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS

Proceeding Memorandum/Order of Court

In Re: Christianne A Mylott-Coleman         Case Number: 09-45275         Ch: 13

**MOVANT/APPLICANT/PARTIES:**

#35 Motion of Chapter 13 Trustee for order Dismissing case

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained

\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled

\_\_\_\_\_OSC enforced/released

✔ Continued to: MARCH 20, 2012       For: 10:00AM IN WORCESTER

\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____

\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference

\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____

                              Response(s) due_____From_____

\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____

\_\_\_\_\_No appearance/response by:_____

\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *[signature: Henry Jack Boroff]*

_____                       _____Dated: 01/10/2012

Courtroom Deputy