## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: Christianne A Mylott-Coleman ) | Chapter 13 |
| ) | Case No: 09-45275 |
| Debtor ) | |
| ) | |

## STIPULATION BETWEEN DEBTOR AND CHAPTER 13 TRUSTEE REGARDING TRUSTEE'S MOTION TO DISMISS

NOW COMES Denise M Pappalardo, the Standing Chapter 13 Trustee (the "Trustee") and the above-referenced Debtor and hereby stipulate and agree as follows:

1. The confirmed plan fails to adequately address those claims filed before the claims bar date.

2. The Debtor is in arrears according to the confirmed plan totaling $1,200.00 representing two months payments.

3. Any discrepancy between the confirmed plan and filed claims and any arrearage will be addressed in the Amended Plan.

4. Said Amended Plan along with an Amended Schedule I & J and recent pay stubs to be filed no later then the close of business on May 29th 2012.

5. In the event that the Debtor defaults on the terms of this Stipulation, it is agreed that upon the Trustee filing an Affidavit of Non-compliance, with three days notice to the Debtor and Debtor's Attorney, that this case shall be dismissed without further Order or hearing of this Court.

Respectfully Submitted,

The Debtor,
Christianne A Mylott-Coleman
By Her Attorney

| **/s/ Douglas K. Snook** | **/s/Denise M. Pappalardo** |
| --- | --- |
| Douglas K. Snook, Esq.  BBO#560184 | Denise M Pappalardo, BBO#553293 |
| Erickson & Snook, PC | Standing Chapter 13 Trustee |
| 775 Pleasant Street #8 | PO Box 16607 |
| Weymouth, MA 02189 | Worcester, MA 01601 |
| (781) 331-1447 | 1-508-791-3300 |
| Fax:  (781) 331-1499 | denisepapparlardo@ch13worc.com |
| douglas_snook@hotmail.com | |

May 14, 2012