UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In Re: | Case Number 09-45275-HJB |
| Christianne A. Mylott-Coleman | Chapter 13 |

**MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-M2, UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2006 AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

Now comes Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006 and/or its successors and assigns ("Secured Creditor") and states the following:

1. This is a proceeding for relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) and § 362 (d)(2), and Fed. R. Bankr. P. 4001.

2. Christianne A. Mylott-Coleman (a/k/a Christy Mylott Coleman) (hereinafter referred to as the "Debtor") is the mortgagor of a certain parcel of real estate known and numbered as *659 Franklin Road, Fitchburg, MA 01420* (the "Property"). The Property is encumbered by a first mortgage given by the Debtor to Argent Mortgage Company, LLC (the "Mortgage"). The Mortgage is dated June 19, 2006 and is recorded at Worcester County (Northern District) Registry of Deeds in Book 6183, Page 269.

3. The Mortgage is now in default by reason of failure of payment of principal, interest, and late fees. A copy of the original Mortgage is attached hereto and is marked Exhibit A.

4. The Mortgage secures a promissory note given by the Debtor to Argent Mortgage Company, LLC in the original principal amount of $270,000.00 (the "Note"). A copy of the Note is attached hereto and is marked Exhibit B.

5. In compliance with United States Bankruptcy Court, District of Massachusetts Local Rule 4001-1, the following information is provided to this Court:

   a. The Debtor's Chapter 13 Petition was filed on December 11, 2009.

   b. The total sum now due Secured Creditor is approximately $285,000.00 with interest through May 29, 2012.

    c.     The Debtor's Chapter 13 Plan was confirmed on April 1, 2011.

    d.     The monthly mortgage payment is currently $2,718.57.

    e.     As of the date of this Motion, the total of outstanding post-petition payments is $5,437.14 (April 1, 2012 through May 1, 2012 @ $2,718.57/month). In addition, post-petition property inspection fees of $58.00 and post-petition property valuation expenses of $410.00 are due. The Debtor also has a Suspense Balance of $251.51. Accordingly, the total post-petition arrearage is $5,653.63, plus attorney fees.[1] It is anticipated that as of the date of the hearing on this Motion no further payments will be made.

    f.     As stated above, the Mortgage was originally given to Argent Mortgage Company, LLC and was thereafter assigned to Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006. A copy of said assignment is attached hereto as <u>Exhibit C</u>. American Home Mortgage Servicing, Inc. is the current servicer for this loan on behalf of Secured Creditor.

    g.     Upon information and belief, a Declaration of Homestead has been recorded with respect to this property. Said Homestead was recorded at Worcester County (Northern District) Registry of Deeds in Book 7083, Page 58.

    h.     The pre-petition arrearage at the time of filing was approximately $38,185.82.

6. Upon information and belief, the Property is subject to the following encumbrances:

| Lien Holder | Type of Lien | Amount Owed | Priority |
|---|---|---|---|
| Secured Creditor | 1st Mortgage | $285,000.00 | n/a |

Total: $285,000.00

7. According to the Debtor's Schedules, the fair market value of the property is $220,000.00. For purposes of this motion only, it is Secured Creditor's opinion that the liquidation value of the premises is $205,296.80 calculated as the fair market value less a reasonable realtor's fee (6%);

---

[1] As of the date of this motion, Secured Creditor has incurred approximately $650.00 in attorney fees and $176.00 in attorney costs in connection with this motion. This amount will increase if counsel for Secured Creditor performs additional services for Secured Creditor in connection with this motion. Secured Creditor has also incurred $150.00 in attorney fees in connection with the preparation and filing of a Proof of Claim and $150.00 in attorney fees in connection with a review of the Debtor's Chapter 13 Plan in this case.

deed stamps ($1,003.20); and anticipated closing costs incurred for a real estate closing ($500.00).

8. Secured Creditor believes that the Debtor has no equity in the Property based upon the amount presently owed to Secured Creditor of approximately $285,000.00, and the liquidation value of the premises as set forth above.

9. There is no other collateral securing the Debtor's obligation to Secured Creditor.

10. This Motion is brought for cause under 11 U.S.C. §362(d)(1) and under 11 U.S.C. §362 (d)(2) given that the Debtor has failed to stay current on post petition payments, any protection Secured Creditor may have is eroding, there is no equity in the property and the property is not necessary to an effective reorganization.  Accordingly, Secured Creditor requests that this Court grant relief from the automatic stay in order to proceed with its applicable rights and remedies, including but not limited to a foreclosure sale on the premises and an eviction proceeding should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

11. Secured Creditor further seeks relief in order to, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement.  Secured Creditor also requests that it be allowed to contact the Debtor via telephone or written correspondence to offer such an agreement.  Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

**WHEREFORE**, Secured Creditor requests that the Court:

(1) Grant Secured Creditor relief from the 11 U.S.C. § 362 automatic stay for the purpose of exercising its various non-bankruptcy rights and remedies including and without limitation:

   i. Taking possession of the Property, obtaining a deed-in-lieu of foreclosure and/or foreclosing the Mortgage at issue; and
   ii. Taking such action as may be necessary to evict the Debtor(s) and/or any occupant from the Property.

(2) Waive the fourteen-day stay of relief pursuant to Federal Bankruptcy Rule 4001(a)(3); and

09-053533 / BK02

      (3)  Order such further relief as this Court deems just and proper.

In accordance with Local Rules, Secured Creditor requests that this Motion be allowed without a hearing unless an objection is timely filed.

DATED:   May 29, 2012

        Respectfully submitted,
        Deutsche Bank National Trust Company, as Trustee
        for Argent Securities Inc., Asset-Backed Pass-Through
        Certificates, Series 2006-M2, Under the Pooling and
        Servicing Agreement Dated August 1, 2006
        By its attorney,

        /s/ Julie A. Ranieri
        Julie A. Ranieri, Esquire
        BBO #655936
        Korde & Associates, P.C.
        321 Billerica Road, Suite 210
        Chelmsford, MA 01824-4100
        Tel: (978) 256-1500
        bankruptcy@kordeassoc.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In Re: | Case Number 09-45275-HJB |
| Christianne A. Mylott-Coleman | Chapter 13 |

**ORDER ON THE MOTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-M2, UNDER THE POOLING AND SERVICING AGREEMENT DATED AUGUST 1, 2006 AND/OR ITS SUCCESSORS AND ASSIGNS FOR RELIEF FROM THE AUTOMATIC STAY**

At Worcester in said District, on the _____ day of _____, 2012, on the Motion of Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006 and/or its successors and assigns ("Secured Creditor") after notice to all parties on the Secured Creditor's Certificate of Service, it is hereby

ORDERED AND DECREED:

1. Secured Creditor is granted Relief from the Automatic Stay imposed pursuant to 11 USC 362(a) on the filing of the Petition for Relief.

2. Secured Creditor and any successor in interest is permitted to proceed forward to pursue its rights and remedies under state and/or federal law, including but not limited to a foreclosure of the mortgage it holds on real estate located at *659 Franklin Road, Fitchburg, MA 01420*, which mortgage is dated June 19, 2006 and recorded at Worcester County (Northern District) Registry of Deeds in Book 6183, Page 269. A copy of such mortgage was attached to the Motion for Relief at issue. Further, Secured Creditor is authorized to proceed with its eviction rights in accordance within applicable law with respect to such Property should Secured Creditor, or its successor in interest, become the successful bidder at a foreclosure sale.

3. Secured Creditor and/or its successors, assigns, and servicer may, at its option offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Secured Creditor may contact the Debtor via telephone or written correspondence to offer such an agreement. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

_____
Honorable Judge Boroff
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In Re: | Case Number 09-45275-HJB |
| Christianne A. Mylott-Coleman | Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, Julie A. Ranieri, Attorney for **Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006 and/or its successors and assigns** hereby certify that on May 29, 2012 I electronically filed the foregoing *Motion for Relief and Proposed Order* with the United States Bankruptcy Court for the District of MA using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

Richard King, U.S. Trustee
Denise M. Pappalardo, Trustee
Douglas K. Snook, Esquire

    I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Christianne A. Mylott-Coleman
659 Franklin Road
Fitchburg, MA 01420

Tax Collector:
City of Fitchburg, MA
718 Main Street
Fitchburg, MA 01420

/s/ Julie A. Ranieri
Julie A. Ranieri, Esquire
BBO #655936
Korde & Associates, P.C.
321 Billerica Road, Suite 210
Chelmsford, MA 01824-4100
Tel: (978) 256-1500
bankruptcy@kordeassoc.com

09-053533 / BK02