09-053533

## CORRECTIVE AND CONFIRMATORY
## CORPORATION ASSIGNMENT OF DEED OF TRUST/MORTGAGE

FOR VALUE RECEIVED, **Argent Mortgage Company, LLC**, THE UNDERSIGNED HEREBY GRANTS, ASSIGNS AND TRANSFERS* TO:

**Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006**

WHOSE ADDRESS IS: c/o American Home Mortgage Servicing, Inc.,
1525 South Beltline Road, Coppell, TX 75019

ALL RIGHT, TITLE AND INTEREST IN THAT CERTAIN MORTGAGE DATED: **June 19, 2006**

EXECUTED BY: **Christy Mylott Coleman**

Said Mortgage Is Recorded at Worcester County (Northern District) Registry of Deeds in Book 6183, Page 269.

LEGAL DESCRIPTION AS DESCRIBED ON MORTGAGE REFERRED TO THEREIN.

PROPERTY ADDRESS: **659 Franklin Road, Fitchburg, MA 01420**

TOGETHER WITH THE NOTE OR NOTES THEREIN DESCRIBED OR REFERRED TO, THE MONEY DUE AND TO BECOME DUE THEREON WITH INTEREST, AND ALL RIGHTS ACCRUED OR TO ACCRUE UNDER SAID DEED OF TRUST/MORTGAGE/MORTGAGE.

* This Assignment of Mortgage shall correct and confirm the Assignment of Mortgage recorded at Worcester County (Northern District) Registry of Deeds in Book 6892, Page 258.

DATED: 1-20-2012

Citi Residential Lending, Inc. as Attorney-In-Fact for Argent Mortgage Company, LLC

BY: _____
TITLE: April King
Assistant Secretary and Vice President

STATE OF: Florida
COUNTY OF: Duval

Produced Florida Drivers License as identification

ON Jan 20, 2012 before me, the undersigned notary public personally appeared **April King** Assistant Secretary and Vice President of Citi Residential Lending, Inc. as Attorney-In-Fact for Argent Mortgage Company, LLC personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed in the within instrument and acknowledged to me that he/she/they executed the same in his/her their capacity(ies), and that by his/her/their signature(s) on the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument, it being their free act and deed.

WITNESS my hand and official seal:
SIGNATURE: Brenda L Frazier
MY COMMISSION EXPIRES: 4.30.2013

NOTARY PUBLIC-STATE OF FLORIDA
Brenda L. Frazier
Commission # DD885641
Expires: APR. 30, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

ATTEST: NO. WORC. REGISTRY OF DEEDS
KATHLEEN REYNOLDS DAIGNEAULT, REGISTER

09-053533 / BK02