OFFICIAL LOCAL FORM 13

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| In Re: | Case Number 09-45275-HJB |
| Christianne A. Mylott-Coleman | Chapter 13 |

**MOTION FOR RELIEF FROM STAY - REAL ESTATE WORKSHEET**
(To Be Attached to Motion for Relief from Stay)

I, __Carolyn J. Moore  Assistant Secretary__ (Name and Title) of American Home Mortgage Servicing, Inc. as Loan Servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006 (Name of Organization/Corporation/Moving Party) (hereinafter, "Movant") hereby declare (or certify, verify, or state):

**BACKGROUND INFORMATION**

1. (a) Date Chapter 13 petition was filed (If case has been converted from Chapter 7 to Chapter 13, provide date of petition and date of conversion): December 11, 2009.

   (b) Address of real property which is the subject of this motion:

   659 Franklin Road, Fitchburg, MA 01420.

2. (a) Original Mortgagee's Name and Address:

   Argent Mortgage Company, LLC, 3 Park Plaza, 10th Floor, Irvine, CA 92614.

   (b) Name and Address of Current Mortgage Holder:

   Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006, c/o American Home Mortgage Servicing, Inc., 1525 South Beltline Road, Coppell, TX 75019.

   (c) Name of Note Holder, if different than Mortgage Holder: N/A.

3. Date of Mortgage: June 19, 2006.

4. Post-Petition payment address, if different than above:

   American Home Mortgage Servicing, Inc., 1525 South Beltline Road, Coppell, TX 75019.

5. The manner in which the Movant perfected its interest in the property:

   Mortgage is recorded at Worcester County (Northern District) Registry of Deeds in Book 6183, Page 269.

6. Other collateral securing the note: None.

7. Other liens and encumbrances affecting the property in the order of their priority:

| Names of Senior Lien Holders | Type of Lien | Amount Due | Source of Information |
|---|---|---|---|
| Secured Creditor | 1st Mortgage | $285,000.00 | Debtor's Schedules/Title Search |

| Names of Junior Lien Holders | Type of Lien | Amount Due | Source of Information |
|---|---|---|---|
| | | | |
| | | | |

8. Existence and Date of Recorded Homestead (if known): Recorded at Worcester County (Northern District) Registry of Deeds in Book 7083, Page 58 on December 3, 2009.

### DEBT/VALUE REPRESENTATIONS

9. Total pre-petition and post-petition indebtedness of Debtor(s) to Movant at the time of filing the motion: $285,000.00. (Note: This amount may not be relied on as a "payoff" quotation.)

10. (a) Movant's estimated fair market value of the real property: $220,000.00.

    (b) Source of estimated fair market valuation: Debtor's Schedules.

    (c) Liquidation value of the real property: $205,296.80.

## STATUS OF DEBT AS OF THE PETITION DATE

11.   (a)     Total pre-petition indebtedness of Debtor(s) to Movant as of petition filing date: $300,954.30.

     (b)     Amount of principal: $265,771.79.

     (c)     Amount of interest: $28,174.76.

     (d)     Amount of escrow (taxes and insurance): $0.00.

     (e)     Amount of forced placed insurance expended by Movant: $0.00.

     (f)     Amount of Attorney's fees billed to Debtor(s) pre-petition:

     $3,887.18 (Previous Foreclosure Fees and Costs).

     (g)     Amount of pre-petition late fees, if any, billed to Debtor(s): $472.64.

12. Contractual interest rate: 9.400% (Adjustable-Rate Note) (If interest rate is (or was) adjustable, please list the rate(s) and dates(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: N/A).

| Initial Rate | 9.400% |
|---|---|
| Current Rate | 9.400% |

13. Explain any additional pre-petition fees, charges or amounts charged to the account of the Debtor(s) and not listed above: $70.00 (Property Inspection Fees); $113.00 (Property Valuation Expenses/Appraisal Fees); $65.00 (NSF/Returned Check Fees); $246.52 (Suspense Balance). (If additional space is needed, list the amounts on a separate sheet and attach the sheet as an exhibit to this form; list the exhibit number here: N/A).

## AMOUNT OF ALLEGED POST-PETITION DEFAULT

### (AS OF 5/2/2012)(MM/DD/YYYY)

14. Date last payment was received: 4/6/2012 (mm/dd/yyyy).

15. Total number of post-petition payments due from the date of the filing of petition through the date of this Motion or (mm/dd/yyyy): Three (3/1/2012—5/1/2012).

### SCHEDULE OF POST-PETITION PAYMENTS IN DEFAULT
(Do not substitute computer generated internal accountings):

| Paym't Due Date | Amt. of Paym't Due | Amt. of Paym't Rec'd | Date Paym't Rec'd | Amt. Applied to Principal | Amt. Applied to Interest | Amt. Applied to Escrow | Late Fee Charged if any | Amt. Not Applied |
|---|---|---|---|---|---|---|---|---|
| 3/1/2012 | $2,718.57 | | | | | | | |
| 4/1/2012 | $2,718.57 | | | | | | | |
| 5/1/2012 | $2,718.57 | | | | | | | |
| | | | | | | | | |
| Totals | $8,155.71 | | | | | | | $425.44 |

16. Amount of Movant's Attorneys' fees charged to Debtor to date for the preparation and filing of this Motion: $650.00 (Fees); $176.00 (Costs).

17. Other Attorneys' fees charged to Debtor post-petition: $150.00 (Proof of Claim); $150.00 (Plan Review).

18. Amount of Movant's post-petition inspection fees: $58.00.

19. Amount of Movant's post-petition appraisal/broker's price opinion: $410.00.

20. Amount of forced placed insurance or insurance provided by the Movant post-petition: $0.00.

21. Sum held in suspense by Movant in connection with this contract, if applicable: $425.44.

22. Amount of other post-petition advances or charges (e.g. real estate taxes, insurance): $0.00.

23. Total amount of post-petition default, including all payments, fees, and charges: $9,324.27.

24. Amount and date of post-petition payments offered by the Debtor(s) and refused by the Movant:

    Amount(s): $0.00;

    Date(s): N/A.

### REQUIRED ATTACHMENTS TO MOTION

Attach the following documents to this motion and indicate the exhibit number associated with the documents:

(1) Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party. (Exhibits A-C.)

(2) Copies of documents establishing proof of standing to bring this motion if different from the above. (Exhibits A-C.)

(3) Copies of documents establishing that Movant's interest in the real property is perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property is located in. (Exhibits A-C.)

## CERTIFICATION AND DECLARATION FOR BUSINESS RECORDS

The undersigned certifies that the information provided in this worksheet and any exhibits attached to this worksheet (other than transactional documents attached as required in paragraphs (1) through (3) above) are derived from records that (a) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by a person with knowledge of those matters; and (b) were prepared and kept in the regular course of business.

In the event the Worksheet is not fully completed, Movant shall explain the reasons therefore and the reasonable efforts made to obtain the information. _____
_____.

The undersigned further certifies that copies of any transactional documents attached to this worksheet as required by paragraphs 1, 2, or 3, immediately above, are true and accurate copies of the original documents. The undersigned further certifies that the original documents are in Movant's possession, except as follows:
_____.

I/WE DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF MY/OUR KNOWLEDGE AND BELIEF WITH RESPECT TO THE MORTGAGE/LOAN ENCUMBERING:

659 Franklin Road, Fitchburg, MA 01420
Property Address

*Carolyn J. Moore*          May 9, 2012
Signature                   Date

Carolyn J. Moore
Printed Name

Assistant Secretary
Title

American Home Mortgage Servicing, Inc. as Loan Servicer for Deutsche Bank National Trust Company, as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M2, Under the Pooling and Servicing Agreement Dated August 1, 2006
Organization