UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

_____
                              )
In re:  CHRISTIANNE MYLOTT-COLEMAN)       Case Number:  09-45275
                              )           Chapter 13
                              )
        Debtor                )
_____)

DEBTORS RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

The Debtor in the above-captioned case hereby respond to the Chapter 13 Trustee's Motion to Dismiss as follows:

1. The Debtors wish to continue with her Chapter 13 Bankruptcy and cure the arrears.

2. Upon receipt of the Motion Debtor made four payments to the Trustee.

3. After review with the Trustee, Debtor has been informed that she is still two payments behind plus the December payment now due.

4. Debtor request additional time to review the matter with her attorney and make arrangements for any remaining arrears to be paid.

WHEREFORE the Debtor respectfully request that the case not be dismissed.

Respectfully submitted,
Christianna Mylott-Coleman


/s/ Douglas K. Snook
Douglas K. Snook, Esq. BBO#560184
Attorney for the Debtor
Erickson & Snook, P.C.
775 Pleasant Street #8
Weymouth, MA 02189
P: (781) 331-1447
douglas_snook@hotmail.com

CERTIFICATE OF SERVICE

     I, Douglas K. Snook, Attorney for the Debtor, hereby certify that on December 9, 2013 , I filed the attached DEBTOR'S RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS. I relied on the Court's CM/ECF system to serve the Office of the US Trustee, and the Chapter 13 Trustee assigned to this case.

     I certify that I have mailed by first class mail, postage prepaid to the Debtor at the following address:

Christianne Mylott Coleman
659 Franklin Rd
Fitchburg, MA 01420

Dated:  December 9, 2013

/s/ Douglas K. Snook
Douglas K. Snook, Esq. BBO#560184
Attorney for the Debtors
Erickson & Snook, P.C.
775 Pleasant Street #8
Weymouth, MA 02189
P:  (781) 331-1447

douglas_snook@hotmail.com