UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re<br><br>CHRISTIANNE A. MYLOTT-COLEMAN,<br><br>Debtor | )<br>)<br>)<br>) Chapter 13<br>) Case No. 09-45275-HJB<br>)<br>)<br>) |

MOTION OF CHAPTER 13 TRUSTEE
FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 trustee (the "Trustee") and respectfully moves that this court enter an Order dismissing this case and in support thereof states as follows:

1. On or about December 11, 2009, the above-captioned debtor (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On January 29, 2010, the Trustee convened and presided at a §341 meeting of creditors.

3. Upon recommendation of the Trustee, this Court entered an Order confirming the Debtor's Chapter 13 Plan.

4. The case expired with an amount necessary to pay off the Plan of $2,920.00. Failure to make timely payments to the Trustee is a material default by the Debtor with respect to a term of the confirmed plan and is grounds for dismissal pursuant to 11 U.S.C. §1307( c)(6).

5. **Notice is given that any responses and/or objections to this motion are to be filed within twenty-one (21) days of the date hereof. If no timely objections/responses are filed,**

**the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).**

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this case.

                                              Respectfully submitted,
                                              Standing Chapter 13 Trustee

Dated: 2/5/15 .

/s/ Joanne Psilos
Denise M. Pappalardo, Trustee BBO # 553293
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) |
| | ) |
| CHRISTIANNE A. MYLOTT-COLEMAN, | ) Chapter 13 |
| | ) Case No. 09-45275-HJB |
| Debtor | ) |

## CERTIFICATE OF SERVICE

I, Joanne Zoto Psilos, Staff Attorney do hereby certify that a true and accurate copy of the attached Motion was served on the following parties on this date via first class mail, postage prepaid and/or electronically:

Dated: 2/5/15

/s/ Joanne Psilos
Denise M. Pappalardo, Trustee BBO # 553293
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

## SERVICE LIST

DOUGLAS K. SNOOK, ESQ.
P.O. BOX 185
BELLINGHAM, MA 02019

CHRISTIANNE A. MYLOTT-COLEMAN
659 FRANKLIN ROAD
FITCHBURG, MA 01420

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re | ) <br> ) <br> ) |
| CHRISTIANNE A. MYLOTT-COLEMAN, | ) Chapter 13 <br> ) Case No. 09-45275-HJB |
| Debtor | ) <br> ) <br> ) |

## ORDER DISMISSING CASE

The Motion of the Chapter 13 Trustee for Order dismissing case having come before this Court, no objections having been filed, notice and an opportunity for a hearing having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

_____
U.S. Bankruptcy Judge

Dated:_____